The Chicago Conference Association of Seventh Day Adventists, appellee, v. Independent Methodist Church et al. Independent Methodist Church, appellant. Gen. No. 31,005.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

J. Gray Lucas, for appellant. J. J. Moser, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

R. C. McGill & Company for use of Lewis-Simas-Jones Company, appellee, v. Peter Peerbolte, appellant. Gen. No. 31,015.

Action for breach of contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Rathje, Wesemann, Hinckley & Barnard, for appellant. Ela, Grover & March, for appellee; Justin K. Orvis, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Frank H. Kopp and Mae Kopp, appellees, v. Guardian Finance Corporation, appellant. Gen. No. 31,024.

Action for money had and received. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926. Rehearing denied December 13, 1926.

Arthur H. Jones, for appellant. Patrick F. Murray, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

Haber Die & Stamping Company, appellee, v. E. R. Klemm, appellant. Gen. No. 31,050.

Action for breach of sales contract.. Judgment for plaintiff. Appeal for the Municipal Court of Chicago; the Hon Harry F. Hamlin, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Sumner C. Palmer, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Justice Johnston delivered the opinion* of the court.

---

The Pitt Engineering Company, appellee, v. Peter Soteros et al., appellants. Gen. No. 31,060.

Suit to enforce mechanic's lien. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Leesman & Roemer, for appellants; Raymond C. Schnell, of counsel. Ogren & Wermuth, for appellee; Stephen A. Cross, of counsel.

Mr. Justice Johnston delivered the opinion of the court.